JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DURAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC, et al.; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 5:22-cv-02001-JGB-KK<br><br>District Judge: Jesus G. Bernal<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff JACOB DURAN ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on April 27, 2023. (Dkt. No. 19).

　　Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff in the amount of $109,000.00, pursuant to the terms of the Rule 68 Offer. (See id.)

　　**IT IS SO ORDERED.**

Date: January 17, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　　　United States District Judge